**Order filed May 7, 2015**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-14-00177-CR, 11-14-00178-CR, 11-14-00179-CR, & 11-14-00180-CR

_____

## JOHNNY LEE DAVIS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 90th District Court**

**Stephens County, Texas**

**Trial Court Cause Nos. F33385, F34015, F34016, & F34017**

## O R D E R

These appeals have become unduly stalled due to the failure of Appellant's appointed counsel, J. Bruce Harris, to file an appellate brief. The brief in each appeal was originally due on September 29, 2014. This court has granted four motions for extension and issued two orders requiring Harris to file Appellant's brief in these causes. We previously notified Harris that April 2 would be the "**final due date**."

Harris ignored this court's directive.  Subsequently, on April 23, 2015, we ordered Harris to file a brief on behalf of Appellant on or before 3:00 p.m. on April 28, 2015. Harris, instead, has filed another motion for extension.  Harris has yet to file a brief in any of these appeals and has again ignored the directive of this court.

By this order, **J. Bruce Harris is ORDERED to file a brief on behalf of Appellant in these appeals on or before 3:00 p.m. on Friday, May 15, 2015**.  At that time, Appellant's briefs shall have already been e-filed or shall be present in the portal for the Eleventh Court of Appeals through [eFileTexas.gov](eFileTexas.gov).  If Appellant's briefs have not been e-filed and are not in the portal at that time, **J. Bruce Harris is ORDERED to APPEAR IN PERSON in the 11th Court of Appeals, 100 West Main St., Suite 300, Eastland, Texas, at 3:00 p.m. on Friday, May 15, 2015**. Should counsel fail to obey this order, a contempt proceeding will be initiated against counsel.

PER CURIAM

May 7, 2015

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.